IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALVIN TYRONE BOWENS,<br><br>Defendant. | CR 20-68-BLG-SPW<br><br>ORDER |

Defendant, Calvin Tyrone Bowens has filed an Unopposed Motion for Transport of Defendant for Sentencing Hearing (Doc. 32).

**IT IS HEREBY ORDERED** that the Defendant's Motion is **DENIED** as moot for the reason that commencing April 1, 2021, all proceedings in this Court will be held in-person.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 18th day of March, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1