AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Montana

| United States of America | ) |
|---|---|
| v. | ) |
| CALVIN TYRONE BOWENS | ) Case No: CR 20-68-BLG-SPW |
|  | ) USM No: 18078-046 |
| Date of Original Judgment: 04/19/2021 | ) |
| Date of Previous Amended Judgment: 06/13/2022 | ) David F. Ness |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __60 months__ months is reduced to __54 months__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __06/13/2022__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/27/2024

*Judge's signature*

Effective Date: 03/08/2024
*(if different from order date)*

Susan P. Watters U.S. Dist. Judge
*Printed name and title*